UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE PENSION FUND
OF LOCAL NO. ONE, I.A.T.S.E.,
                  Plaintiff,

        -v-

DENNIS ROBBINS, *et al.*,
                  Defendants.

23-CV-124 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant Dennis Robbins filed a motion for summary judgment on November 6, 2023. (ECF No. 29.) Any response to that motion was due by November 20, 2023. Plaintiff Trustees of the Pension Fund of Local No. One, I.A.T.S.E. and Defendant Sanchez are informed that if no response to Defendant Robbins's motion is filed by December 14, 2023, the motion will be treated as unopposed.

    Counsel for Plaintiff is directed to provide a copy of this order to Defendant Sanchez on or before December 6, 2023.

    SO ORDERED.

Dated: November 30, 2023
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge